UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 5:23-CV-329-D-RN

| | |
|---|---|
| FRANCES BEACH, as administrator of The Estate of Eric Griffith,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM GRADY, in his individual capacity, CURTIS THOMPSON, in his individual capacity, MICHAEL PITTMAN, in his individual capacity, WAYNE COATS, in both his individual capacity and his official capacity as SHERIFF OF HARNETT COUNTY, North Carolina, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, as Surety for the Sheriff of Harnett County,<br><br>    Defendants. | **ORDER GRANTING CONSENT MOTION TO MODIFY SCHEDULING ORDER** |

Pursuant to the Motion of Defendants and with the consent of all Parties to this action, IT IS HEREBY ORDERED that the Scheduling Order ("Order") entered in this matter (D.E. 13) be modified as follows:

1.  Rebuttal expert reports are to be served on or before May 24, 2024.

Except as modified herein, the Order remains in effect.

SO ORDERED. This the _3_ day of May, 2024.

                        JAMES C. DEVER III
                        United States District Judge