IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-00329-D

**Frances Beach**,

        Plaintiff,

v.

**William Grady**, et al.,

        Defendants.

**Order**

Plaintiff Frances Beach recently asked the court to compel additional discovery from Defendants and to sanction them for violating an earlier order. D.E. 46. Although Defendants have not yet responded to Beach's motion, the court will deny it without prejudice because her filing violates several of the court's local rules and regulations.

First, Beach's motion violates Local Civil Rule 7.1(b)(1), which requires that "[a]ll motions shall be concise[.]" Beach's motion is 25 pages long. While the exact scope of what constitutes a "concise" motion can be up for debate, a 25-page motion is not concise. In fact, Beach's motion is more than double the length allowed for a memorandum submitted in connection with a discovery motion. *See* Local Civil Rule 7.2(f)(2)(B) (limiting discovery briefs to no more than 10 pages).

Second, Beach did not file her memorandum as a separate document. Instead, it is attached as an exhibit to her motion. D.E. 46–12. This violates the requirements of the court's electronic filing guidelines. *See* CM/ECF Policy and Procedures Manual § V(E)(1)(b).

Finally, Beach attached 13 exhibits to her motion, but did not include an exhibit index. That omission also violates the court's electronic filing guidelines. *See id.* § V(E)(2).

Given these deficiencies, the court orders that:

1. Beach's motion (D.E. 46) is denied without prejudice. The Clerk of Court must strike it from the docket.
2. Beach may refile the motion within 7 days from the date of this order. Further violations of the Local Civil Rules may result in the denial of the motion with prejudice.
3. Each attorney who has appeared on Beach's behalf and any staff responsible for filing documents with the court on her behalf must review the court's Local Civil Rules and the CM/ECF Policy and Procedures Manual before filing any other documents with the court.

Dated: September 5, 2024

_____
Robert T. Numbers, II
United States Magistrate Judge